UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Aaron L. Olson,                       Civil No. 19-352 (DWF/TNL)

        Plaintiff,

v.                                                 **ORDER**

Skateville, Inc.,

        Defendant.

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated March 30, 2021 (Doc. No. 77), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Magistrate Judge Tony N. Leung's March 30, 2021 Report and Recommendation (Doc. No. [77]) is **ADOPTED**.

2. Defendant's Motion to Dismiss Pursuant to Rules 37, 41, and 56 (Doc. No. [67]) is **GRANTED IN PART** to the extent it requests dismissal with prejudice and otherwise **DENIED IN PART**.

3. Plaintiff's Motion to Withdraw Case (Doc. No. [72]) is **GRANTED IN PART** as to the request to dismiss this matter and otherwise **DENIED IN PART**.

4. This matter is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 27, 2021                    s/Donovan W. Frank
                                          DONOVAN W. FRANK
                                          United States District Judge